# Court of Appeals
# of the State of Georgia

ATLANTA,  October 19, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0445.  J.K. GRAHAM et al. v. CITIMORTGAGE, INC. et al.**

On July 26, 2016, plaintiffs J.K. Graham and Lauren Kilby filed a notice of appeal seeking to appeal the trial court's June 15, 2016 order granting a motion for clarification on the distribution of funds set forth in a final order enforcing a settlement agreement.  We, however, lack jurisdiction.

Pretermitting whether the plaintiffs had a right to directly appeal from the trial court's order, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  The plaintiffs' notice of appeal is untimely, as it was filed 41 days after entry of the order they seek to appeal.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/19/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*